# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

WILLIAM E. CHAPMAN,          :

     Plaintiff,               :

vs.                          :          CA 06-0806-KD-C

MICHAEL J. ASTRUE,           :
Commissioner of Social Security,
                             :
     Defendant.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 4, 2007, is **ADOPTED** as the opinion of this Court.

**DONE** this 26th day of December, 2007.

**s/Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**